**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

DRB SYSTEMS, LLC,

               Plaintiff,

     v.

SONNY'S ENTERPRISES, LLC.,

               Defendant.

C.A. No. _____

**JURY TRIAL DEMANDED**

## PLAINTIFF DRB SYSTEMS, LLC's ORIGINAL COMPLAINT

Plaintiff DRB Systems, LLC ("Plaintiff" or "DRB"), for its complaint against Defendant Sonny's Enterprises, LLC ("Defendant" or "Sonny's"), by its undersigned counsel, hereby alleges as follows:

### PARTIES

1.     Plaintiff DRB Systems, LLC is a company organized under the laws of Ohio with its principal place of business at 3245 Pickle Road, Akron, Ohio 44312.

2.     Upon information and belief, Defendant Sonny's Enterprises, LLC is a company organized under the laws of Delaware with its principal place of business at 5605 Hiatus Road, Tamarac, Florida 33321.

### JURISDICTION AND VENUE

3.     This Court has subject matter jurisdiction over this patent infringement action under 28 U.S.C. §§ 1331 and 1338(a) because this action arises under the patent laws of the United States. This complaint includes claims for patent infringement arising under the patent laws of the United States, including 35 U.S.C. § 271, et seq.

4.      Defendant is subject to personal jurisdiction in this District because, based on information and belief, it is organized under the laws of the State of Delaware and therefore is deemed to reside in this judicial district.  Accordingly, this Court may properly exercise personal jurisdiction over Defendant.  Defendant is also subject to personal jurisdiction in this District because, upon information and belief, Defendant transacts business and performs work or services in the State of Delaware.

5.      This Court has original jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331, 1338(a), and Title 35 of the United States Code.

6.      Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b) and (c), and/or 1400(b), at least because, upon information and belief, Defendant is organized under the laws the State of Delaware and therefore is deemed to reside in this judicial district.

### DRB'S BUSINESS AND PATENTED NOPILEPUPS PRODUCT

7.      For over a third of a century, DRB has supported entrepreneurs and business owners through unprecedented growth in the car wash industry. With DRB's support, advanced technologies, and data analytics, car washes have improved customer experiences, enhanced profitability, and tapped hidden growth potential.

8.      DRB provides advanced technology and data insights, among other things, for car washes and has installed its systems at more than 12,000 car wash sites.  Most relevant to this action, DRB offers innovative technical solutions relating to the operation and maintenance of conveyor-based car wash tunnels, marketed through the company's Tunnel Solutions division.

9.      Established in 1984, DRB Tunnel Solutions is the most trusted technology provider to top conveyor car wash chains.  Among other things, DRB Tunnel Solutions provides car wash tunnel management solutions and support.  DRB's tunnel management technologies provide its

car wash customers with heighted control over their tunnels, allowing for increased capacity and throughput, optimized efficiencies and control costs, and improved consumer experiences.

10.     DRB's car wash tunnel management technologies include its NoPileups™ Full Tunnel Optimization product ("NoPileups").  NoPileups is a patented tunnel optimization system that allows car washes to safely maximize their capacity while preventing incidents that can cost car washes in payouts, downtime, and brand reputation.

11.     As in-tunnel collisions have become more common due to the growing number of vehicles with Automatic Emergency Braking (AEB) systems, NoPileups utilizes patented video and advanced computer technology to provide car washes an innovative, cutting-edge tunnel optimization and collision prevention system.

12.     Unlike other tunnel management and anti-collision products that may only cover the car wash exit, NoPileups protects cars across the entire length of the tunnel.  NoPileups software analyzes vehicles inside the tunnel and automatically stops the conveyor when it detects problematic movement.  The NoPileups system also generates a 15-20 second video so that DRB's car wash customers can identify and address the cause of an issue.

13.     The below still images are visual representations of the NoPileups video and computer technologies in operation, taken from DRB's website and promotional literature:







14.     Some of the benefits to DRB's NoPileups system marketed on DRB's website and in its promotional literature include increasing car wash capacity, improving reputation, enhancing tunnel performance, reducing downtime, avoiding damage costs, and decreasing employee turnover.

**THE PATENT-IN-SUIT**

15.     As a leading car wash technology developer and provider, DRB is committed to protecting its inventions and intellectual property.  DRB's website notifies the public that its NoPileups product is protected by U.S. Patent No. 11,127,283 ("the '283 Patent" or "Patent-in-

ACTIVE\1602690944.1

Suit"), and states: "This webpage is provided to satisfy the virtual patent marking provisions of Section 16 of the America Invents Act and to further serve as notice under 35 U.S.C. §287(a)." (*See* https://drb.com/patents.)  A true and correct copy of the '283 Patent is attached as <u>Exhibit A</u>.

16.     The '283 Patent, titled "Systems and Methods to Prevent Carwash Collisions," was duly and legally issued by the United States Patent and Trademark Office on September 21, 2021. The '283 Patent is valid, enforceable, and all required maintenance fees have been paid.

17.     Plaintiff DRB Systems, LLC is the assignee of the '283 Patent.

18.     The '283 Patent generally is directed to innovative "systems and methods [to] prevent collisions in a carwash property" (Ex. A, Abstract), including car wash tunnels.  More particularly, the invention disclosed in the '283 Patent "relates to computer controlled machine vision and machine learning systems and methods that monitor, detect, and respond to events in and around a carwash facility."  *Id.* at 1:17-20.

19.     The '283 Patent invention solves problems relating to collisions and incidents that may occur when utilizing automated car wash systems, such as when vehicles travel in neutral gear on a conveyor through a car wash tunnel.  *See, e.g., id*. at 1:24-30.  As the '283 Patent explains, numerous problems may arise in this context.  "For example, if a vehicle has problems during the wash, and jumps a roller on the conveyor, it may collide with another vehicle, or piece of car wash equipment."  *Id*. at 1:30-33.  If this happens, and the conveyor is not stopped quickly, then "additional vehicles can be involved, causing damaging and expensive pileups."  *Id.* at 1:34-35.

20.     The '283 Patent describes other potential adverse events that may occur at a car wash facility, which can result in vehicle collisions and vehicle and equipment damage.  Such adverse events may include a vehicle's tire "hopping" the cleat or roller of a conveyor system. This can be problematic because "a vehicle that fails to move forward at the rate of the cleat or the

roller can fall behind its proper location while the cleat or roller is pulled forward under the wheel of the vehicle." Ex. A at 1:41-45. "This "hopping" may result from a number of actions that alter the vehicle's motion, such as a driver inside the vehicle applying the breaks, shifting the gear out of neutral, or turning the steering wheel, or a vehicle's collision detection system being activated due to impact with wash equipment, such as brushes or mitters, causing the vehicle's automatic brakes to activate." *See id.* at 1:45-55.

21.     Another potential adverse event may result if a vehicle "pick[s] up speed as it travels through a carwash giving it an undesired forward momentum commonly referred to as bounce." *Id.* at 1:57-60. "Bounce can result in forward movement capable of causing a collision with the vehicle(s), or equipment, in front of the bouncing vehicles." *Id.* at 2:12-14.

22.     According to the '283 Patent, "[o]ther causes of potentially adverse events may include insufficient distance between vehicles, a failed load-on where the vehicle was loaded improperly onto the conveyor in a manner that cannot safely allow additional vehicles to be loaded on to the conveyor, undesired vehicle-powered forward movement, premature vehicle-powered exit from the wash tunnel, a vehicle obstructing the wash tunnel exit, wash tunnel equipment malfunction, or the like." Ex. A at 2:17-24.

23.     The claimed invention is designed to detect these potential adverse events and prevent them from causing collisions at the car wash facility. More specifically, the '283 Patent discloses "systems and methods for enabling a conveyor stop event and otherwise avoid[ing] potential damage from an adverse carwash event[]." *Id.* at 2:30-32.

24.     The '283 Patent discloses and claims a system having a car wash tunnel that includes a conveyor and wash equipment, at least one vision device having a field of view that includes at least a portion of the wash tunnel, and a central controller that includes a tracking

ACTIVE\1602690944.1

system and a wash tunnel control system. The tracking system communicates with the vision device(s) and the wash tunnel control system to control the conveyor based upon events observed in the field of view. *See* Ex. A at 2:43-51.

25.     The tracking system of the central controller may also include a "modeling module" that creates a model of a wash tunnel path. *Id.* at 2:52-54. The '283 Patent specification further discloses that the tracking system, via the modelling module, can create a virtual model of vehicles, paths, and progress through the wash tunnel. "The various modeled components are used to monitor for potentially adverse conditions and to appropriately respond to the same." *Id.* at 6:56-58.

26.     Figure 1 of the '283 Patent, reproduced below (annotations supplied), is a "schematic, aerial-view representation of a carwash collision prevention system 10 in accordance with disclosed embodiments." Ex. A at 4:15-17. "As shown, one or more vehicles 12 may enter the system 10 through one or more entry lanes 28." *Id.* at 4:22-23. "As also shown, system 10 may include one or more exit lanes 18 to facilitate vehicle 12 traffic through the system 10." *Id.* at 4:28-30. "As also shown, system 10 may include a wash tunnel 20." *Id.* at 4:35. "Wash tunnel 20 may comprise a conveyor 21 to facilitate movement of vehicles 12 through the wash tunnel 20." *Id.* at 4:43-44. "System 10 also includes a central controller 22." *Id.* at 4:48. "Central controller 22 is configured to control the equipment [24] in wash tunnel 20." *Id.* at 4:56-57. "System 10 may also include one or more vision devices 26." *Id.* at 5:1-2. "For example, vision devices 26 may comprise cameras (digital, analog, or analog to digital feed), photoelectric sensors, ultrasonic sensors, LIDAR, RADAR, SONAR, or the like." *Id.* at 5:6-9.



27.     The '283 Patent claims recite, among other things, that the "central controller [22] [is] configured to perform the functions of: controlling the conveyor [21] to move or propel vehicles [12], change the conveyor [21] speed, or to stop the conveyor [21]; controlling the washing equipment [24]; receiving the visual data from the vision device [26]; tracking the respective positions of a plurality of automotive vehicles [12] as the plurality of automobile vehicles [12] move along the substantially linear path through the carwash tunnel [20]; creating a modeled path of an automotive vehicle [12] moving through the carwash tunnel [20] via the conveyor [21]; and giving a stop conveyor command if a tracked position of an automotive vehicle [12] does not match the modeled path." Ex. A at 10:49-63 (brackets supplied, referencing components disclosed in Figure 1 embodiment reproduced and labeled above).

28.     The '283 Patent describes certain shortcomings with prior art collision prevention systems, and explains that the patented invention provides a superior solution. For example, "[t]he disclosed collision prevention systems provide superior replacements to the systems that solely implement photoelectric eye activation by, among other things, tracking the entire path of the vehicle instead of one point at the entrance/exit. Likewise, the disclosed collision prevention

8

systems are not limited to tracking within the wash tunnel and, therefore, can augment exit tracking from the wash tunnel exit to the vehicle's exit from the property." Ex. A at 2:33-40.

## <u>SONNY'S INFRINGING SMARTSTOP SYSTEM</u>

29.    Sonny's makes, uses, sells and offers for sale its SmartSTOP Anticollision System ("SmartSTOP" or "Accused Product"), which utilizes the '283 Patent's claimed invention without authorization or license from DRB.  *See* <u>Exhibit B</u> (SmartSTOP brochure), <u>Exhibit C</u> (SmartSTOP Anticollision Installation Guide, 2023).

30.    Like the '283 Patent invention, and DRB's patented NoPileups system, Sonny's advertises that "Sonny's SmartSTOP provides operators with remote visibility through the entire length of the tunnel and up to 15ft of tunnel exit. Through Optical Object Tracking (OOT) based on machine learning the system can detect potential in-tunnel collisions. Sonny's SmartSTOP immediately shuts down conveyor and equipment when a potential threat is detected to prevent in-tunnel accidents."  Ex. B.

31.    On or around May 8, 2023, Sonny's described and depicted the SmartSTOP system as follows, in promotional materials published online relating to The Car Wash Show™:

**SmartSTOP Anticollision**



*SmartSTOP: Upgrade and future-proof your car wash safety measures with SmartSTOP Anticollision.*

Introducing SmartSTOP Anticollision, Sonny's CarWash Controls AI detection technology that prevents in-tunnel accidents. This advanced system automatically pauses conveyor and equipment systems when a potential collision is detected, preventing incidents and costly downtime. With integrated Virtual Exit Mat, you're covered up to 15 feet beyond the tunnel. SmartSTOP is easy to install with no interruption to your operation and is customized to your carwash tunnel. Upgrade and future-proof your carwash safety measures with SmartSTOP Anticollision. Stop by booth 1121 to see how this technology works!

*See* Exhibit D (screen shot of website excerpt taken from URL: https://www.carwash.com/at-sonnys-booth-1121/).

32.    Upon information and belief, Sonny's knows that SmartSTOP infringes the '283 Patent.

33.    Sonny's has been given actual notice of the '283 Patent, through a letter from DRB's patent counsel, dated April 11, 2023, sent to Sonny's President, Anthony Analetto, and Chief Operating Officer, Patricia Mckay, by electronic mail and hard copy (the "April 11 Letter"). Among other things, the April 11 Letter: (i) specifically notified Sonny's management team of the '283 Patent, (ii) attached and referenced a publication describing Sonny's development of a

ACTIVE\1602690944.1

"computer vision application, which uses AI on camera streams to monitor vehicles going through a car wash tunnel and detect incidents that could slow or stop the line," according to a quote from Sonny's CTO, Regi Flannagan, in that publication; and (iii) explained that the '283 Patent invention likewise "is directed to using computer-vision technology(s) to prevent automotive-vehicle collisions in a car-wash tunnel."

34.    DRB has suffered, and will suffer, irreparable injury unless Sonny's is enjoined from willfully infringing, willfully inducing infringement of, and/or willfully contributing to the infringement of the '283 Patent.

35.    DRB has suffered, and will suffer, monetary damages from Sonny's willful infringement, willful inducement of infringement, and/or willful contributory infringement of the '283 Patent.

**FIRST CAUSE OF ACTION**
**(Infringement of the '283 Patent)**

36.    DRB incorporates and re-alleges Paragraphs 1 through 35 above as if fully set forth and stated herein.

37.    The '283 Patent is valid and enforceable.

38.    DRB owns the entire right, title, and interest in and to the '283 Patent, including the right to sue and recover damages, including damages for past infringement.

39.    In violation of 35 U.S.C. § 271, Sonny's has infringed and continues to infringe the '283 Patent, literally and/or under the doctrine of equivalents, by making, using, offering for sale, and/or selling in this judicial district and elsewhere in the United States, its SmartSTOP system.

40.    Sonny's SmartStop systems falls within the scope, and practices each and every limitation, of claims 1-4 of the '283 Patent.  Attached as Exhibit E is an exemplary claim chart demonstrating Sonny's infringement of at least claim 1 of the '283 patent.

41.    For example, SmartSTOP is an automotive-vehicle anti-collision system designed to prevent automotive-vehicle collisions within a carwash tunnel during operation:



Sonny's SmartSTOP provides operators with remote visibility through the entire length of the tunnel and up to 15ft of tunnel exit. Through Optical Object Tracking (OOT) based on machine learning the system can detect potential in-tunnel collisions. Sonny's SmartSTOP immediately shuts down conveyor and equipment when a potential threat is detected to prevent in-tunnel accidents. Once the threat is cleared, operation can immediately continue. Any incidents are recorded in the Back Office.

Ex. B.

42.    The SmartSTOP system operates for and within a carwash tunnel.  For instance, "Sonny's SmartSTOP provides operators with remote visibility through the entire length of *the tunnel* and up to 15ft of *tunnel* exit."  Ex. B (emphases added).  Below are exemplary carwash tunnels depicted in Sonny's website materials promoting the SmartSTOP system:



12





*See* https://sonnysdirect.com/parts/p/SD_SMARTSTOP.

43.    The SmartSTOP system is also comprised of an automotive-vehicle conveyor attached to the carwash tunnel, with the conveyor configured to move a plurality of automotive vehicles inline along a substantially linear path through the carwash tunnel.  Below are exemplary images from Sonny's SmartSTOP product materials, featuring in-tunnel carwash conveyers that move vehicles along a substantially linear path within the carwash tunnel:

ACTIVE\1602690944.1



Ex. B (red labeling supplied).



Ex. C (red labeling supplied)

ACTIVE\1602690944.1



**Conveyor**

*See* https://sonnysdirect.com/parts/p/SD_SMARTSTOP (red labeling supplied).

44.    Sonny's SmartSTOP system includes and operates with automotive washing equipment within the carwash tunnel.  Below are exemplary images from Sonny's SmartSTOP product materials, featuring in-tunnel washing equipment configured to wash automotive-vehicle exterior surfaces as vehicles move along the substantially linear path of the conveyor through the carwash tunnel:



*SmartSTOP: Upgrade and future-proof your car wash safety measures with SmartSTOP Anticollision.*

Ex. D (red labelling supplied).



Ex. C (red labelling supplied).



*See* https://sonnysdirect.com/parts/p/SD_SMARTSTOP (red labeling supplied).

45.    Sonny's SmartSTOP system operates using one or more vision devices placed and positioned in the carwash tunnel.  Below is an exemplary vision device (PoE Camera) that Sonny's features and describes in the Sonny's SmartSTOP Installation Guide:



Ex. C (red labelling supplied).

46.    The vision devices (*e.g.*, cameras) operating as part of the SmartSTOP system are placed at locations in the carwash tunnel to receive visual data of respective locations of multiple vehicles within the tunnel.  Sonny's SmartSTOP product materials state that the system "provides operators with remote visibility through the entire length of the tunnel and up to 15 ft of tunnel exit."  Ex. B.

47.    Sonny's SmartSTOP Installation Guide provides instructions on how to position vision devices within the tunnel in order to receive visual data from multiple locations within the carwash tunnel where multiple vehicles are moving along the coveyor:



Ex. C (yellow highlights supplied).

48.    The below block diagram features 6 cameras (up to 12 cameras are supported) placed at different locations along the carwash tunnel:



Ex. C.

49.     Sonny's SmartSTOP system includes a server (*e.g*., ThinkEdge Server) component which operates as a "central controller" configured to perform certain system functions.



Ex. B (red labelling supplied).

50.     Sonny's SmartSTOP Installation Guide describes the server as "the brain of the system:"



**SAFETY GUIDELINES**

The Sonny's SmartSTOP Anticollision System server is the brain of the system.

- Should be in a dry environment - it is recommended to install it in the office close to the Car Wash equipment router (Sonny's Router).
- Should be in an easily accessible location and height.
- The following cables will need to be connected:
  – Power supply
  – CAT5 cable to router

Ex. C (yellow highlighting supplied).

51.    The below block diagram depicts a "common network configuration" with "Sonny's SmartSTOP Anticollision System installed," including the "Sonny's smartSTOP Server" (*i.e.*, central controller):



Ex. C (red labelling supplied).

52.    The Sonny's SmartSTOP system, driven by the Sonny's SmartSTOP server, can control the conveyor to move or propel vehicles, change the conveyor speed, and/or stop the conveyor when a potential threat or collision threat is detected.  For example, Sonny's SmartSTOP product materials state that the SmartSTOP system "immediately shuts down" or "automatically pauses" the conveyor when a potential threat or collision is detected:

19



Sonny's SmartSTOP provides operators with remote visibility through the entire length of the tunnel and up to 15ft of tunnel exit. Through Optical Object Tracking (OOT) based on machine learning the system can detect potential in-tunnel collisions. Sonny's SmartSTOP immediately shuts down conveyor and equipment when a potential threat is detected to prevent in-tunnel accidents. Once the threat is cleared, operation can immediately continue. Any incidents are recorded in the Back Office.



SmartSTOP: Upgrade and future-proof your car wash safety measures with SmartSTOP Anticollision.

Introducing SmartSTOP Anticollision, Sonny's CarWash Controls AI detection technology that prevents in-tunnel accidents. This advanced system automatically pauses conveyor and equipment systems when a potential collision is detected, preventing incidents and costly downtime. With integrated Virtual Exit Mat, you're covered up to 15 feet beyond the tunnel. SmartSTOP is easy to install with no interruption to your operation and is customized to your carwash tunnel. Upgrade and future-proof your carwash safety measures with SmartSTOP Anticollision. Stop by booth 1121 to see how this technology works!

| **Ex. B (yellow highlighting supplied)** | **Ex. D (yellow highlighting supplied)** |

53.     The SmartSTOP system, driven by Sonny's SmartSTOP server, can control the washing equipment, including when a potential threat or collision is detected.     Sonny's SmartSTOP product materials state that the system "immediately shuts down conveyor *and equipment* when a potential threat is detected" (Ex. B, emphasis added), or "automatically pauses conveyor *and equipment systems* when a potential collision is detected" (Ex. D, emphasis added):



Sonny's SmartSTOP provides operators with remote visibility through the entire length of the tunnel and up to 15ft of tunnel exit. Through Optical Object Tracking (OOT) based on machine learning the system can detect potential in-tunnel collisions. Sonny's SmartSTOP immediately shuts down conveyor and equipment when a potential threat is detected to prevent in-tunnel accidents. Once the threat is cleared, operation can immediately continue. Any incidents are recorded in the Back Office.



SmartSTOP: Upgrade and future-proof your car wash safety measures with SmartSTOP Anticollision.

Introducing SmartSTOP Anticollision, Sonny's CarWash Controls AI detection technology that prevents in-tunnel accidents. This advanced system automatically pauses conveyor and equipment systems when a potential collision is detected, preventing incidents and costly downtime. With integrated Virtual Exit Mat, you're covered up to 15 feet beyond the tunnel. SmartSTOP is easy to install with no interruption to your operation and is customized to your carwash tunnel. Upgrade and future-proof your carwash safety measures with SmartSTOP Anticollision. Stop by booth 1121 to see how this technology works!

| **Ex. B (yellow highlighting supplied)** | **Ex. D (yellow highlighting supplied).** |

ACTIVE\1602690944.1

54.    The Sonny's SmartSTOP server is configured to receive visual data from the cameras mounted in the carwash tunnel.  For example, the below block diagram, which depicts a "common network configuration" with "Sonny's SmartSTOP Anticollision System installed," illustrates that the visual data captured by the in-tunnel cameras is routed to and received by the "Sonny's smartSTOP Server" (*i.e.*, central controller):



Ex. C.

55.    To ensure that the SmartSTOP server is capable of receiving visual data captured by the cameras, Sonny's Network Setup instructions require that all in-tunnel cameras (up to 12 per tunnel) "exist on the same network as the Sonny's SmartSTOP Anticollision Sever":

## NETWORK SETUP

Sonny's SmartSTOP Anticollision System operates over IP and requires that all cameras (up to 12 cameras per tunnel) exist on the same network as the Sonny's SmartSTOP Anticollision Server. Sonny's CarWash Controls recommends all cameras be installed on the Sonny's network to allow for easy access to cameras by the Sonny's Controls Support team. If Sonny's network does not exists at your site, it is acceptable to have the system on your existing network, as long as all cameras are accessible directly (not through the Network Video Recorder (NVR)).

Ex. C (yellow highlighting supplied).

56.    The Sonny's SmartSTOP server is configured to track the respective positions of multiple vehicles moving along the conveyor's substantially linear path in the carwash tunnel. Sonny's SmartSTOP product materials provide that cameras (up to 12) be placed at different

locations in the carwash tunnel, in order for the SmartSTOP server to receive visual data from multiple locations within the tunnel and track the positions of multiple vehicles moving along the conveyor.  For example, Sonny's SmartSTOP product materials state that the system "provides operators with remote visibility through the entire length of the tunnel and up to 15 ft of tunnel exit."  Ex. B.

57.     The SmartSTOP Installation Guide provides instructions on how to position cameras within the tunnel in order for the SmartSTOP server to receive visual data from multiple locations within the carwash tunnel and track the positions of multiple vehicles moving along the in-tunnel coveyor:



**Camera Placement**

Sonny's SmartSTOP Anticollision System is only as good as the view of your car wash. For proper coverage we recommend the following:

- Ensure cameras view cover from the photo-eye to the tunnel exit.
- Cameras must be placed 15-20 feet apart (Up to 12 cameras per tunnel).
- Cameras should be placed 12-15 feet above the "wet line" or as high as possible to avoid water and chemical spray.
- Ensure there is 3-4 feet field view overlap.
- Place cameras so every portion of the tunnel is visible by at least one camera.
- All cameras should be perpendicular to the conveyor, facing the side of each vehicle.
- Ensure there are no obstructions in the camera's field of view.
- Whenever possible avoid placing cameras opposite to windows or in the path of direct light sources as light glares can make it difficult for SmartSTOP to operate.

Ex. C (yellow highlights supplied).

58.     The below block diagram, which depicts a "common network configuration" with "Sonny's SmartSTOP Anticollision System installed," illustrates that data captured by cameras placed throughout the car wash tunnel is routed to the "Sonny's smartSTOP Server" (*i.e.*, central

ACTIVE\1602690944.1

controller), in order for the SmartSTOP system to track the positions of multiple vehicles moving along the conveyor in the car wash tunnel:



Ex. C.

59.    To ensure that the SmartSTOP server is configured to track the respective positions of multiple vehicles moving along the conveyor in the car wash tunnel, Sonny's Network Setup instructions require that all in-tunnel cameras (up to 12 per tunnel) "exist on the same network as the Sonny's SmartSTOP Anticollision Sever." Ex. C.  By receiving visual data from cameras placed throughout the car wash tunnel and tracking the respective positions of multiple vehicles moving along the conveyor, the Sonny's SmartSTOP server is able to detect potential in-tunnel collisions between vehicles.  *See* Ex. B ("Through Optical Object Tracking (OOT) based on machine learning the system can detect potential in-tunnel collisions.")

60.    The SmartSTOP System, driven by the Sonny's SmartSTOP server, generates bounding boxes (depicted below) to define the "modeled path" of a vehicle moving through the car wash tunnel on the conveyor, to detect potential collision threats.  The modeled path defined by the bounding boxes represents the desired path for a vehicle to follow on the conveyor to maintain at least a threshold distance from surrounding vehicles and equipment in the tunnel.

ACTIVE\1602690944.1



Ex. B.



Ex. D.





ACTIVE\1602690944.1

*See* https://sonnysdirect.com/parts/p/SD_SMARTSTOP.

61.    The SmartSTOP system, driven by the Sonny's SmartSTOP server, can issue a stop conveyor command if a vehicle's tracked position does not match the modeled path, thus signaling a potential collision threat.  For example, Sonny's SmartSTOP product materials state: "Through Optical Object Tracking (OOT) based on machine learning the system can detect potential in-tunnel collisions.  Sonny's SmartSTOP *immediately shuts down conveyor* and equipment when a potential threat is detected to prevent in-tunnel accidents."  Ex. B (emphasis added); *see* Ex. D ("Introducing SmartSTOP Anticollision, Sonny's CarWash Controls AI detection technology that prevents in-tunnel accidents. This advanced system *automatically pauses conveyor* and equipment systems when a potential collision is detected, preventing incidents and costly downtime.") (emphasis added).

62.    On information and belief, Sonny's, without authority, has actively induced and continues to actively induce infringement of claims 1-4 of the '283 Patent under 35 U.S.C. § 271(b).  Sonny's has, among other things, instructed others to use its SmartSTOP system within the United States that infringe at least claims 1-4 of '283 Patent.

63.    On information and belief, at least as early as April 11, 2023, Sonny's is aware of its infringement of the '283 Patent and has had a specific intent to infringe and encourage others to infringe the '283 Patent.

64.    On information and belief, Sonny's has contacted and solicited potential customers regarding its SmartSTOP system, with an intent to encourage those potential customers to purchase or use the system.  On information and belief, Sonny's customers have purchased and used the infringing SmartSTOP system.

65.    On information and belief, Sonny's directly communicates with consumers with

25

the intent to have them use the infringing SmartSTOP system.  Sonny's was aware of and knew about DRB's '283 Patent no later than April 11, 2023, the date DRB's counsel caused the April 11 Letter to be delivered to the Sonny's management team.  Sonny's therefore knowingly induced infringement and possessed specific intent to encourage another's infringement of DRB's '283 Patent.

66.    On information and belief, Sonny's, without authority, has contributorily infringed and continues to contributorily infringe, claims 1-4 of the '283 Patent under 35 U.S.C. § 271(c), by making, offering to sell and/or selling within the United States, and/or importing into the United States, one or more components of its SmartSTOP system covered by the '283 Patent.  Such components constitute a material part of DRB's invention.  Sonny's was aware of and knew about DRB's patented invention no later than April 11, 2023, the date DRB's counsel caused the April 11 Letter to be delivered to Sonny's management team.

67.    Sonny's SmartSTOP system and its constituent components have no substantial non-infringing use.  On information and belief, Sonny's knows that its SmartSTOP system, and any associated components, are made or especially adapted for use in connection with detecting and preventing collisions in car wash tunnels, and are not a staple article or commodity of commerce suitable for substantial non-infringing use.

68.    On information and belief, Sonny's has sold and/or intends to sell the infringing SmartSTOP system to customers for use in an infringing manner.

69.    On information and belief, Sonny's had actual notice of the '283 Patent before the filing of this complaint, but no later than April 11, 2023.  On information and belief, Sonny's has nevertheless directly and indirectly infringed the '283 Patent, despite a high likelihood that its actions constitute infringement of the '283 Patent.  Further, Sonny's actions were egregious in that

it acted deliberately, in bad-faith, and was consciously wrongful in its actions.  Accordingly, upon information and belief, Sonny's infringement has been and continues to be willful.

70.    At all relevant times, DRB has virtually marked its NoPileup products with the '283 Patent in compliance with 35 U.S.C. § 287.

## JURY TRIAL DEMAND

71.    DRB, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of any issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, DRB respectfully requests that the Court enter the following relief:

a.    A judgment that Sonny's has infringed, directly or indirectly, the '283 Patent;

b.    A judgment that Sonny's infringement of the '283 Patent is willful;

c.    A permanent injunction prohibiting Sonny's, its officers, employees, agents, servants, attorneys, successors, and assigns, and all others in active concert or participation with them or under their authority, from making, using, offering for sale, selling, and/or importing into the United States products or systems that directly or indirectly infringe the '283 Patent, including without limitation the Sonny's SmartSTOP system;

d.    An award of damages to compensate DRB for Sonny's infringement of the '283 Patent, including, but not limited to, damages and/or other monetary relief (including enhanced damages) pursuant to 35 U.S.C. § 284;

e.    A finding that this case is exceptional pursuant to 35 U.S.C. § 285, and an award of DRB's costs, reasonable attorneys' fees, expenses, and such other relief as the Court deems just and proper; and

f.    Any further relief that this Court deems just and proper.

27

Dated: August 31, 2023

**OF COUNSEL**

Leon Medzhibovsky (*pro hac vice* forthcoming)
Matthew Ganas (p*ro hac vice* forthcoming)
**DLA PIPER LLP (US)**
1251 Avenue of the Americas
27th Floor
New York, NY 10020-1104
Telephone: (212) 335-4500
leon.medzhibovsky@us.dlapiper.com
matt.ganas@us.dlapiper.com


Richard Mulloy (*pro hac vice* forthcoming)
**DLA PIPER LLP (US)**
4365 Executive Drive, Suite 1100
San Diego, CA 92121
Telephone: 858.677.1400
Facsimile: 858-677-1401
richard.mulloy@us.dlapiper.com

**DLA PIPER LLP (US)**

*/s/ Brian A. Biggs*
Brian A. Biggs (DE Bar No. 5591)
1201 North Market Street
Suite 2100
Wilmington, DE 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
brian.biggs@us.dlapiper.com

*Attorneys for Plaintiff DRB Systems, LLC*

ACTIVE\1602690944.1